On petition for review filed June 27, 1997, petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals with instructions January 27, 2000

TERRENCE LEE TUCKER,
*Petitioner on Review,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent on Review.*

(CA A92606; SC S44326)

997 P2d 189

Daniel Q. O'Dell, Deputy Public Defender, Salem, filed the petition for review. With him on the brief was Sally L. Avera, Public Defender.

Christine Chute, Assistant Attorney General, Salem, filed the brief for respondent on review. With her on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, and Durham, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals with instructions to dismiss the petition for judicial review. *See Quintero v. Board of Parole*, 329 Or 319, 986 P2d 575 (1999).

** Fadeley, J., retired January 31, 1998, and did not participate in this decision; Graber, J., resigned March 31, 1998, and did not participate in this decision; Kulongoski, Leeson, and Riggs, JJ., did not participate in the consideration or decision of this case.